1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9    MICHAEL GONZALES,                          CASE NO. 1:10-cv-01314-LJO-SMS PC

10                        Plaintiff,            ORDER DISMISSING ACTION, WITHOUT
                                                PREJUDICE, PURSUANT TO 28 U.S.C. §
11            v.                                1915(G)

12    R. CORTEZ,                                (Doc. 5)

13                        Defendant.
                                          /
14

15          Plaintiff Michael Gonzales, a state prisoner proceeding pro se, filed this civil rights action

16    pursuant to 42 U.S.C. § 1983 on July 22, 2010.  On July 27, 2010, the Court denied Plaintiff's

17    motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff

18    to submit the $350.00 filing fee in full within thirty days.  More than thirty days have passed and

19    Plaintiff has not complied with or otherwise responded to the Court's order.  Accordingly, this action

20    is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(g).

21

22    IT IS SO ORDERED.

23    **Dated:    November 10, 2010**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28

1